# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00010-CV

**The Tapestry Group, Inc. and Tapestry Group Parkview, L.L.C., Appellants**

**v.**

**Parkview Place, Ltd., Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
### NO. 05-394-C368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants the Tapestry Group, Inc. and Tapestry Group Parkview, L.L.C. have filed a motion to dismiss their appeal because the parties have settled the case. *See* Tex. R. App. P. 42.1(a). We grant the motion and dismiss the appeal. *See id.*

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellants' Motion

Filed: April 4, 2008